IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLER TURNER,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| V. ) | 15-CV-02121-MHH |
| ) | |
| **CREDIT VISION, INC; TRANS UNION,** ) | |
| **LLC,** ) | |
| ) | |
| **DEFENDANT.** ) | |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

**COMES NOW** the Plaintiff, Skyler Turner, by and through his undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against Defendant Trans Union LLC ("Trans Union").

Upon completion of the settlement terms, Plaintiff and Defendant Trans Union will request this Court to dismiss all claims against Defendant Trans Union with prejudice.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard LLC
PO Box 953
Birmingham, AL 35203
(205) 378-8121

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th DAY OF March 2016, if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

Matthew W. Robinett, Esq.
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
mrobinett@nwkt.com

/s/ John C. Hubbard