# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| SKYLAR TURNER,            ) | |
|     Plaintiff,            ) | |
|                     ) | |
| v.            ) | Case No.: 5:15-cv-02121-MHH |
| CREDIT VISION, INC.; TRANS    ) | |
| UNION, LLC,            ) | |
|     Defendants.            ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Skylar Turner and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Skylar Turner and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.  It is hereby further stipulated that Plaintiff is only releasing the claims against Trans Union LLC only and not releasing any claims against any remaining named parties.

Dated this 15th day of April 2016

Respectfully submitted,

s/W. Whitney Seals
**JOHN C. HUBBARD**
JOHN C. HUBBARD LLC
P.O. Box 961
Pelham, AL 35124
Telephone: (205) 378-8121
Facsimile: (205) 690-4525
Email:       jch@jchubbardlaw.com
and
**W. WHITNEY SEALS**
PATE & COCHRUN LLP
P. O. Box 10448
Birmingham, AL  35202-0448
(205) 323-3900
(205) 323-3906 Fax
Email:       filings@plc-law.com
**ATTORNEYS FOR PLAINTIFF SKYLAR TURNER**

s/Matthew W. Robinett
**MATTHEW W. ROBINETT**
ASB-3523-I72M
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
Telephone: (205) 328-6643
Facsimile:   (205) 251-5479
Email:       mrobinett@nwkt.com
**ATTORNEY FOR DEFENDANT TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John C Hubbard
jch@jchubbardlaw.com
John C. Hubbard LLC
P.O. Box 961
Pelham, AL 35124
(205) 378-8121
(205) 690-4525 Fax
and
W Whitney Seals
filings@plc-law.com
Pate & Cochrun LLP
P O Box 10448
Birmingham, AL  35202-0448
(205) 323-3900
(205) 323-3906 Fax
*Counsel for Plaintiff*

                                                s/Matthew W. Robinett

                                      **MATTHEW W. ROBINETT**