# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SKYLAR TURNER,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | }   Case No.:  5:15-cv-02121-MHH |
| | } |
| **CREDIT VISION, INC., and** | } |
| **TRANSUNION, LLC,** | } |
| | } |
| Defendants. | } |

## ORDER

Plaintiff Skylar Turner filed a motion to dismiss without prejudice her claims against defendant Credit Vision, Inc. (Doc. 18).  Credit Vision has not appeared in this action, and Credit Vision has not filed an answer or motion for summary judgment.  Therefore, dismissal is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the Court **DISMISSES WITHOUT PRJEUDICE** Ms. Turner's claims against Credit Vision.

On April 18, 2016, Ms. Turner and defendant Trans Union, LLC filed a joint stipulation of dismissal with prejudice.  (Doc. 17).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** Ms. Turner's claims against Trans Union.  Costs are taxed as paid.

The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 18, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE